IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BERMUDEZ, )<br>)<br>        Plaintiff, )<br>)<br>   v. )<br>)<br>CITY OF ELK GROVE, and )<br>ROBERT SIMMONS, )<br>)<br>        Defendants. )<br>_____) | 2:08-cv-02355-GEB-DAD<br><br>ORDER[*] |

Plaintiff's counsel Peter B. Tiemann moves to withdraw as counsel for Plaintiff. Tiemann declares Plaintiff "requested in telephone calls on April 13, 2009 that [Tiemann] withdraw from the case as counsel of record [and] indicated that [Plaintiff] desired to pursue the matter without current counsel's assistance." (Tiemann Decl. ¶¶ 11, 12.) However, Tiemann has not shown he has provided Plaintiff a copy of the Status (Pretrial Scheduling) Order filed January 13, 2009. Without this showing, it would be unclear whether Plaintiff could be subject to a risk of sanctions for failure to comply with any deadline in that Order. Accordingly, Tiemann is given

---

[*] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

an opportunity to make this showing in a supplemental brief filed on or before May 22, 2009; the hearing on the motion is continued to June 8, 2009.  Further, Tiemann shall serve a copy of this Order on Plaintiff.

Dated:  May 11, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge